# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| Kimberly M. Fogle, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:19cv1318 UNA |
| Nancy A. Berryhill | ) |
| Defendant. | ) |

## ORDER

The above styled and numbered case was filed on May 16, 2019 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and randomly assigned to the Honorable Nannette A. Baker, United States Magistrate Judge, under cause number 2:19cv00039.

**IT IS FURTHER ORDERED** that cause number 4:19cv1318 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: May 17, 2019    By: /s/ Michele Crayton
Court Services Manager

**In all future documents filed with the Court, please use the following case number 2:19cv00039 NAB.**